1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   WILLIE WEAVER,                              No. 2:17-cv-1338 CKD P

12                   Plaintiff,

13        v.                                     ORDER

14   WILLIAM,

15                   Defendant.

16
            Plaintiff is a California prisoner proceeding pro se with a civil action.  This proceeding
17
     was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).
18
            Plaintiff has not paid the $400 filing fee for this action and he is precluded from
19
     proceeding in forma pauperis under 28 U.S.C. § 1915(g).[1]  Good cause appearing, the court will
20
     grant plaintiff 14 days within which to pay the filing fee.  If plaintiff fails to pay the filing fee
21
     within 14 days this action will be dismissed.
22
     /////
23
     /////
24
     /////
25

26   _____
     [1]  The court has disposed of approximately 200 cases filed by plaintiff since 2004.  As plaintiff
27   knows well by now, he has "struck out" under 28 U.S.C. § 1915(g).  Being a "three strikes"
     litigant, plaintiff may only proceed in forma pauperis if he alleges he is under imminent danger of
28   serious physical injury in his pleadings.  The allegations in plaintiff's complaint do not amount to
     a showing of imminent danger of serious physical injury.

                                                     1

Accordingly, IT IS HEREBY ORDERED that plaintiff is granted fourteen days within which to pay the $400 filing fee for this action. Failure to pay the filing fee within fourteen days will result in a recommendation that this action be dismissed.

Dated: July 6, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
weav1338.3ks